*(Counsel of record on next page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. ORNELAS and RODNEY ALAN ROBINSON, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 5:19-cv-01814-JVS-SP<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Discovery matter referred to:<br>Magistrate Judge Sheri Pym |

| | |
|---|---|
| 1 | JOSEPH R. BECERRA (Cal. State Bar No. 210709) |
| | BECERRA LAW FIRM |
| 2 | 4014 Long Beach Boulevard, Suite 300 |
| 3 | Long Beach, California 90807 |
| | Telephone (213) 542-8501 |
| 4 | Facsimile (213) 542-5556 |
| | jbecerra@jrbecerralw.com |
| 5 | |
| 6 | TOREY JOSEPH FAVAROTE (Cal. State Bar No. 198521) |
| | GLEASON & FAVAROTE LLP |
| 7 | 4014 Long Beach Boulevard, Suite 300 |
| | Long Beach, California 90807 |
| 8 | Telephone: (562) 548-6700 |
| | Facsimile: (562) 216-8495 |
| 9 | tfavarote@gleasonfavarote.com |
| 10 | |
| | Attorneys for Plaintiffs |
| 11 | Joseph D. Ornelas and Rodney Alan Robinson, Jr. |
| 12 | |
| 13 | |
| 14 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| | RYAN D. DERRY (Cal. State Bar No. 244337) |
| 15 | ANNA M. SKAGGS (Cal. State Bar No. 319179) |
| | JEFFREY G. BRIGGS (Cal. State Bar No. 323790) |
| 16 | PAUL HASTINGS LLP |
| 17 | 101 California Street, 48th Floor |
| | San Francisco, California 94111 |
| 18 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 19 | jeffwohl@paulhastings.com |
| | ryanderry@paulhastings.com |
| 20 | annaskaggs@paulhastings.com |
| | jeffreybriggs@paulhastings.com |
| 21 | |
| 22 | Attorneys for Defendant |
| | Target Corporation |

[PROPOSED] ORDER ON STIPULATED
PROTECTIVE ORDER
U.S.D.C., C.D. Cal., No. 5:19-cv-01814-JVS-SP

LEGAL_US_W # 100462593.1

Pursuant to the parties' Stipulation to Entry of Protective Order, and good cause appearing therefor,

IT IS ORDERED that the parties' Stipulation is adopted as the Court's protective order in this action.

Dated: __October 15__, 2019.

_____
Sheri Pym
United States Magistrate Judge