1    *(Counsel of record on next page)*

2

3

4

5

6

7

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12   JOSEPH D. ORNELAS and RODNEY     No. 5:19-cv-01814-JVS-SP

13   ALAN ROBINSON, JR., on behalf of
themselves and all others similarly      **NOTICE OF SETTLEMENT**

14   situated,

                         Courtroom:   10D
15             Plaintiffs,        Judge:       Hon. James V. Selna

16                          Complaint filed:  August 19, 2019

17      vs.

18   TARGET CORPORATION, a
  Minnesota corporation, and DOES 1
19   through 100, inclusive,

20            Defendants.

21

22

23

24

25

26

27

28

JOSEPH R. BECERRA (Cal. State Bar No. 210709)
BECERRA LAW FIRM
4014 Long Beach Boulevard, Suite 300
Long Beach, California 90807
Telephone:  (213) 542-8501
Facsimile:  (213) 542-5556
jbecerra@jrbecerralw.com

TOREY JOSEPH FAVAROTE (Cal. State Bar No. 198521)
GLEASON & FAVAROTE LLP
4014 Long Beach Boulevard, Suite 300
Long Beach, California  90807
Telephone:  (562) 548-6700
Facsimile:  (562) 216-8495
tfavarote@gleasonfavarote.com

Attorneys for Plaintiffs
Joseph D. Ornelas and Rodney Alan Robinson, Jr.

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RYAN D. DERRY (Cal. State Bar No. 244337)
ANNA M. SKAGGS (Cal. State Bar No. 319179)
PAUL A. HOLTON (Cal. State Bar No. 313047)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
ryanderry@paulhastings.com
annaskaggs@paulhastings.com
paulholton@paulhastings.com

Attorneys for Defendant
Target Corporation

1    To the Clerk of Court:

2    PLEASE TAKE NOTICE that the parties have reached a settlement of this matter

3    and three state-court cases, and shortly will submit papers regarding the settlement.  In

4    the meantime, the parties respectfully request that the Court continue the hearing on

5    plaintiffs Joseph D. Ornelas and Rodney Alan Robinson, Jr.'s motion for class

6    certification (ECF 71), currently scheduled for hearing on September 14, 2020, by 30

7    days.

8    I, Jeffrey D. Wohl, attest that all other signatories listed concur in the filing's

9    content and have authorized the filing.

10   Dated:  September 5, 2020.          TOREY JOSEPH FAVAROTE
                                        GLEASON & FAVAROTE, LLP
11
12                                      JOSEPH R. BECERRA
                                        BECERRA LAW FIRM
13
14                                      By:____/s/ Torey Joseph Favarote_____
15                                              Torey Joseph Favarote
                                                Attorneys for Plaintiffs
16                                        Joseph D. Ornelas and Rodney Alan
                                                    Robinson, Jr.
17   Dated:  September 5, 2020.          JEFFREY D. WOHL
18                                       RYAN D. DERRY
                                         ANNA M. SKAGGS
19                                       PAUL A. HOLTON
                                         PAUL HASTINGS LLP
20
21                                       By:____/s/ Jeffrey D. Wohl_____
22                                               Jeffrey D. Wohl
                                            Attorneys for Defendant
23                                            Target Corporation

24

25

26

27

28

NOTICE OF SETTLEMENT
U.S.D.C., C.D. Cal., No. 5:19-cv-01814-JVS-SP