1
2
3
4
5
6
7
8

9           UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | JOSEPH D. ORNELAS and RODNEY ALAN ROBINSON, JR., on behalf of themselves and all others similarly situated, | No. 5:19-cv-01814-JVS-SP |
|---|---|---|
| 13 | | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 14 | | |
| 15 | Plaintiffs, | Courtroom: 10D |
| 16 | | Judge:     Hon. James V. Selna |
| 17 | vs. | Complaint filed: August 19, 2019 |
| 18 | TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 100, inclusive, | |
| 19 | | |
| 20 | Defendants. | |

21
22
23
24
25
26
27
28

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: July 27, 2021.

_____
James V. Selna
United States District Judge